UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WADIE ZAKHARY,                                              :
                                    Plaintiff,              :
                                                            :    22 Civ. 9477 (LGS)
            -against-                                       :
                                                            :            ORDER
BAY RIDGE AUTOMOTIVE MANAGEMENT                             :
CORP., et al.,                                              :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Order dated January 5, 2023, required the parties to file a status letter on March 13, 2023, as outlined in Individual Rule IV.A.2;

   WHEREAS, the parties failed to submit the letter. It is hereby

   **ORDERED** that, by **March 17, 2023**, the parties shall file the status letter.

Dated: March 15, 2023
       New York, New York

                                        _____
                                            **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**